**No. 59808.**—Arke, Inc., et al. *v.* United States, protests 229623–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by Presidential proclamation, T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 59809.**—Air Clearance Association, Inc., et al. *v.* United States, protests 240200–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by Presidential proclamation, T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 59810.**—DuCaire Import Co. et al. *v.* United States, protests 248666–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with

the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by Presidential proclamation, T. D. 51898, for imitation semi-precious stones, not faceted.

**No. 59811.**—W. N. Proctor Co. *v.* United States, protests 175974–K, etc. (Boston).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

**No. 59812.**—E. Leitz, Inc. *v.* United States, protests 236345–K, 235810–K, and 252213–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, APRIL 5, 1956

**No. 59813.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 230067–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bicycles, having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing under 36 pounds complete without accessories, not designed for use with tires having a cross-sectional diameter over 1⅝ inches, valued at over $16.66⅔ each, the claim of the plaintiff was sustained.

**No. 59814.**—Electrolux Corp. *v.* United States, protests 269535–K, etc. (New York).